UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 10, 2007

No. 06-543
3:93-cr-00034

In Re: JERRY SANDERS

    Petitioner

---
ORDER
---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Shedd with the concurrence of Judge Michael and Judge Motz.

For the Court,

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Marion A. Willis
    Deputy Clerk